FILE COPY

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


SHANNON  HUGGINS
PO BOX 533
SNOOK, TX  77878

FILE COPY

RE: Case No. 25-0581                              DATE: 7/18/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**

HEATHER  COUCHMAN
16511 STONE RIDGE DRIVE
SAN ANTONIO, TX  78232

FILE COPY

RE: Case No. 25-0581          DATE: 7/18/2025
COA #: 15-24-00074-CV        TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

MICHELLE  PIQUE
971 CHINN CHAPEL ROAD
LEWISVILLE, TX  75077

FILE COPY

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

TRAVIS WAYNE EUBANKS
1823 LOOKOUT FOREST
SAN ANTONIO, TX  78260

FILE COPY

RE: Case No. 25-0581　　　　　　　　DATE: 7/18/2025
COA #: 15-24-00074-CV　　　　　TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

　　　Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


　　　　　　　　　　SHARON  JAROLAN
　　　　　　　　　　5224 MAAKS CIRCLE
　　　　　　　　　　THE COLONY, TX  75056

FILE COPY

RE: Case No. 25-0581        DATE: 7/18/2025
COA #: 15-24-00074-CV      TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**


AMANDA MARIE EUBANKS
1823 LOOKOUT FOREST
SAN ANTONIO, TX  78620

FILE COPY

RE: Case No. 25-0581                          DATE: 7/18/2025
    COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**


                    JARRETT  WOODWARD
                    8910 N. LOOP 1604, APT. 1633
                    SAN ANTONIO, TX  78249

FILE COPY

RE: Case No. 25-0581                           DATE: 7/18/2025
     COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


                         TRACI  JONES
                         330 BOB WHITE DRIVE
                         RED OAK, TX  75154
                         * DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0581                  DATE: 7/18/2025
COA #: 15-24-00074-CV         TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

LARS  KUSLICH
P.O. BOX 1908
LIBERTY, TX  77575
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                    DATE: 7/18/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

SHARON  COTTON
502 BLUEBONNET LN
RED OAK, TX  75154
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                          DATE: 7/18/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **August 20, 2025.**


                    DISTRICT CLERK  TRAVIS COUNTY
                    TRAVIS COUNTY COURT
                    P. O. BOX 679003
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0581                          DATE: 7/18/2025
    COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**


                    MR. WILLIAM  WASSDORF
                    OFFICE OF THE ATTORNEY GENERAL
                    PO BOX 12548
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581           DATE: 7/18/2025
COA #: 15-24-00074-CV       TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

      Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

                  CHRISTOPHER  PRINE
                  FIFTEENTH COURT OF APPEALS
                  P.O, BOX 12852
                  AUSTIN, TX  78711
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                DATE: 7/18/2025
COA #: 15-24-00074-CV         TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **August 20, 2025.**

MS. STEPHANIE  CRISCIONE
ASSISTANT ATTORNEY GENERAL
PO BOX 12548 CAPITOL STATION
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *